# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 486 | **DATE** | 9/11/2009 |
| **CASE TITLE** | Vike v. Coopman et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to request of the court and with agreement of parties, telephonic conference set for 10:30 a.m. on September 14, 2009. Plaintiff's attorney to initiate call at 815-987-4480 ext 2.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|