# United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 486 | **DATE** | 9/28/2009 |
| **CASE TITLE** | Vike v. Coopman et al | | |

**DOCKET ENTRY TEXT:**

Minute Order dated 9/23/2009 is vacated as entered in error.  Mediation conference held on September 23, 2009.  Case not resolved.  Attorneys are to contact this court by telephone to reinitiate mediation if desired.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|