UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

OCT 3 0 2009

MARVIN C. VIKE,

      Plaintiff,

v.

BENJAMIN J. COOPMAN,
JOHN C. BECKER, NEIL PIERCE
and ROCK COUNTY,

      Defendants.

ORDER OF DISMISSAL

Case No. 08-cv-486-bbc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed.  Any party may move to reopen for good cause shown.

Entered this **29th** day of October, 2009.

*Barbara B. Crabb*

Barbara B. Crabb
United States District Judge